JW 555

COMPLAINT by A PRISONER UNDER THE CIVIL RIGHT ACT, 42 U.S.C 1983.

FILED
FEB 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NAME  WEAVER   WILLIE
      (LAST)   (FIRST)   (INITIAL)

PRISONER NUMBER  J.91389

INSTITUTIONAL ADDRESS PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY CA. 95531.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)

VS.

FOOD SERVICE CORRECTIONAL OFFICER DANIAL

(ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION)

CASE NO. CV 08 0962 JW (PR)
(TO BE PROVIDED BY THE CLERK OF COURT)

COMPLAINT UNDER THE CIVIL RIGHT ACT 42 U.S.C 1983

ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED..)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES
NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD, THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS)

A. PLACE OF PRESENT CONFINEMENT P.S.U
B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES (✓) NO ( )
D. IF YOUR ANSWER IS YES, LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE COMPLAINT

-1-

APPEAL AT EACH LEVEL OF REVIEW, IF YOU DID NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.

1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU?
YES ( )   NO ( )

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE.
EXPLAIN WHY. STILL BEING PROCESSED

II. PARTIES

A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS, DO THE SAME FOR ADDITIONAL PLAINTIFFS, IF ANY. WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT.

FOOD SERVICE CORRECTIONAL OFFICER DANIAL

COMPLAINT   - 2 -

STATEMENT OF CLAIM
State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and how to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On 02/08/08 there was no lunch meat, in plaintiff lunch bag, that was handed to plaintiff by Correctional Officer Danial. See California Code Regulation Title 15, Article 4. 3050 (A) (1) (2) The defendant(s) showed deliberate indifference under the Eight Amendment that constitue cruel unusual punishment.

IV. RELIEF
Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want are the court to do for you. Make no legal arguments, cite no cases or statutes.

Liability damages: 40.000 ~~Fourty Thousand Dollars Due To~~ Harrassment, conspiracy ~~U.S. Constitutional violation~~, penal code violation.

Punitive damages: 40.000 Fourty Thousand Dollars, due to: mental anguish, stress disorder.

I declare under penalty of perjury that the forgoing is true and correct. Signed this __02__ day of __08__ 20 08

Complaint        -3-

MR. WEAVER DID NOT RECEIVE HIS FULL SESSION, EACH LIBRARY HAS A SCHEDULE, AND PRISONERS WITH PENDING COURT DEADLINES ARE GIVEN HIGHER PRIORITY FOR LAW LIBRARY ACESS.

SEE; CALIFORNIA CODE OF REGULATION TITLE 15, SECTION 3122.

RESPECTIBLE SUBMITTE

Willie Weaver
SIGNATURE

Mr. Weaver - You signed in at 08:20 hours and were sent back to your unit at 10:00 (per logbook). This was a 1hr. 20 minute session. You were cut 40 minutes short due to electrical problems and program's office decision to cease all programs. As your deadline is not until 1-13-06, library staff will make sure your next sessions are longer than 2hrs., making up your lost time. You can submit your photocopy requests through the mail. (Legal material Request enclosed)

WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. Box 7000
CRESCENT CITY, CA.
95531.

JW

CONFIDENTIAL
LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF CALIFORNIA 450
GOLDEN GATE AVENUE
SAN FRANCISCO, CA.
94102