FILED
08 JUN -4 PM 1:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

05/30/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
     PLAINTIFF,

VS.

CORRECTIONAL OFFICER DANIAL,
     DEFENDANT,

CASE NO, CV-08-00962 JW

NOTICE OF APPEAL

YOUR HONORABLE JUDGE:
OFFICE OF THE CLERK:

NOTICE IS HEREBY GIVEN THAT PLAINTIFF HEREBY APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT FROM ORDER DISMISSED ENTERED IN THIS ACTION 05/15/08

RESPECTIBLE SUBMITTED
_Willie Weaver_
SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF CALIFORNIA

WILLIE WEAVER,
                PLAINTIFF,
VS.

CORRECTIONAL OFFICER,               CASE NO. CV-08-00962 JW

DANIAL,
                DEFENDANT,          / PROOF OF SERVICE

I HEREby CERTIFY THAT ON: 05/30/08 I
SERVED A COPY OF THE ATTACHED
    THREE EXACT MOTION NOTICE OF
APPEAL

by PLACING A COPY IN A POSTAGE PAID ENVE-
-LOPE ADDRESSED TO THE PERSON(S) HERE
IN AFTER LISTED, by depositing SAID
ENVELOPE IN THE UNITED STATE MAIL AT
PELICAN BAY STATE PRISON P.O. BOX 7000
    CRESCENT CITY, CA. 95531.

(LIST NAME AND ADDRESS OF EACH DEFENDANT
OR ATTORNEY SERVED) OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
    450 GOLDEN GATE AVENUE
    SAN FRANCISCO, CA. 94102.

I DECLARE UNDER PENALTY OF PERJURY that
THE FOREGOING IS TRUE AND CORRECT.

                        Willie Weaver
                        SIGNATURE

WILLIE WEAVER
J-91,389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7500
CRESCENT CITY, CA.
95531.

CONFIDENTIAL
LEGAL MAIL

PELICAN BAY STATE PRISON
5905 Lake Earl Dr.
Crescent City CA 95532

P.S.U. UNIT B-2

PELICAN BAY
02 1M
17666
$ 00.59⁰
MAILED FROM ZIPCODE 95531
JUN 02 2008
PITNEY BOWES

CASE NO, CV-08-00962
OFFICE OF THE CLERK
IN THE UNITED STATES
DISTRICT COURT FOR
THE NORTHERN DISTRICT
OF CALIFORNIA
GATE AVENUE    450 GOLDEN
SAN FRANCISCO, CA. 94102